```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

       SEP 2 5 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:12-cr-289-JCM-PAL |
| TYRONE DAVIS, | ) | |
| Defendant. | ) | ORDER |

On September 25, 2012, the court granted Rebecca Rosenstein's sealed "Ex Parte Motion to Withdraw as Counsel for Defendant" (#15), and new counsel was ordered appointed.

Therefore, with good cause appearing;

IT IS HEREBY ORDERED that Karen A. Connolly, Esq. is appointed as counsel for Tyrone Davis in place of the Federal Public Defender for all future proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Ms. Connolly forthwith.

DATED this _25_ day of September, 2012.

Nunc Pro Tunc Date: September 20, 2012.

_____
PEGGY A. LEEN
United States Magistrate Judge