UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>TYRONE DAVIS,<br><br>                    Defendant. | 2:12-cr-00289-JCM-PAL<br><br>**ORDER** |

Before this court for review is defendant's Motion to Withdraw as Attorney (doc. 24) for Tyrone Davis, submitted by Karen A. Connolly. The court having read and reviewed the motion and good cause appearing, it is hereby GRANTED.

IT IS ORDERED that Todd M. Leventhal is appointed as counsel in place of Karen A. Connolly for all future proceedings.

Ms. Connolly shall forward the file to Mr. Leventhal forthwith.

DATED this 21st day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE