# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br>TYRONE DAVIS,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:12-cr-00289-JCM-PAL<br><br>**ORDER**<br><br>(Mtn. for Evidence- Dkt. #77)<br>(Mtn. for Hearing- Dkt. #78) |

This matter is before the court on Defendant Tyrone Davis' Motion Requesting an Order to Have Attorney Turn Over All Exculpatory Evidence to Defendant (Dkt. #77) and Motion for Post-Trial Evidentiary Hearing to Compel Disclosure of All Exculpatory Evidence (Dkt. #78), filed April 21 and April 24, 2014, respectively. The court has considered the Motions.

The Motions were filed pro se by Mr. Davis, who is represented by attorney Todd M. Leventhal. *See* Order (Dkt. #26); Minutes of Proceedings (Dkt. #27).. LR IA 10-6(a) provides that a party who is represented by counsel cannot appear or act in a case. The attorney who has appeared for a party has control of the client's case. *See* LR IA 10-6(a).

Accordingly,

**IT IS ORDERED**:

1. Defendant's Motion Requesting an Order to Have Attorney Turn Over All Exculpatory Evidence to Defendant (Dkt. #77) is STRICKEN.

2. Defendant's Motion for Post-Trial Evidentiary Hearing (Dkt. #78) is STRICKEN.

Dated this 20th day of May, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE