UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TYRONE DAVIS,<br><br>Defendant. | Case No. 2:12-cr-00289-JCM-PAL<br><br>ORDER<br><br>(Mot Dismiss – Dkt. #98) |
|---|---|

Before the court are two additional Motions to Dismiss Counsel and Appoint New Counsel filed by the Defendant, Tyrone Davis, who is represented by counsel. (Dkt. ## 96, 98).

**IT IS ORDERED** that the motions (Dkt. ##96, 98) are **DENIED**.

DATED this 4th day of August, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE