UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>TYRONE DAVIS,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:12-cr-00289-JCM-PAL<br><br>ORDER<br><br>(Mtn to Strike Bill of Particulars – Dkt. #122) |

This matter is before the court on the government's Motion to Strike Bill of Particulars (Dkt. #122) filed on March 13, 2015.  This proceeding was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 and 1-9.  The court has considered the Motion.

The government requests an order striking its Bill of Particulars for Forfeiture of Property (Dkt. #116), which it filed on February 26, 2015 because the Superceding Indictment (Dkt. #46) had been filed "there was the need for the Bill of Particulars."  The Superceding Indictment does not contain forfeiture allegations.  The court construes the motion to strike to mean the government is not seeking forfeiture of the firearm listed in the Superceding Indictment

Having reviewed and considered the matter,

**IT IS ORDERED**:

1. The government's Motion to Strike the Bill of Particulars for Forfeiture of Property (Dkt. #122) is GRANTED.

2. The Clerk of Court shall STRIKE the Bill of Particulars (Dkt. #116).

Dated this 27th day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE