**STIP**
DANIEL G. BOGDEN
United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-6418

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-00289-JCM-PAL |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **RESPONSE DEADLINE** |
| | ) | |
| TYRONE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant TYRONE DAVIS, by and through his counsel JAMES ORONOZ, ESQ, that the Government shall have to and including September 11, 2015, within which to file any and all responsive pleadings, currently due August 31, 2015, and Defendant shall have to and including September 18, 2015 within which to file any and all replies.

This is the second request to continue the response deadline.

Dated this 28th day of August, 2015.

/s/ Lisa C. Cartier Giroux
LISA CARTIER GIROUX
Assistant United States Attorney

___/s/_____
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
700 South Third Street
Las Vegas, Nevada 89101
*Attorney for Tyrone Davis*

**ORDER**

**IT IS HEREBY ORDERED** that the Government shall have to and including September 11, 2015 within which to file any all responsive pleadings, and Defendant shall have to and including September 18, 2015, within which to file and all replies.

Dated this 3rd day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted By:

/s/ Lisa C. Cartier Giroux
_____
LISA C. CARTIER GIROUX
Assistant United States Attorney