JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
LUCAS J. GAFFNEY, ESQ.
Nevada Bar No. 12373
ORONOZ & ERICSSON LLC
700 South Third Street
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorneys for Tyrone Davis*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYRONE DAVIS,<br><br>    Defendant. | CASE NO.:   2:12-cr-289-JCM-PAL<br><br>**STIPULATION TO CONTINUE REPLY DEADLINE** |

IT IS HEREBY STIPULATED AND AGREED by and between TYRONE DAVIS, through his attorneys of record, JAMES A. ORONOZ, ESQ., and LUCAS J. GAFFNEY, ESQ., of the law firm ORONOZ & ERICSSON LLC, and LISA C. CARTIER GIROUX, Assistant United States Attorney, that TYRONE DAVIS shall have to and including September 25, 2015, within which to file replies to Documents #154 and #155, which are currently due September 18, 2015. This is the first request to continue the reply deadlines for the aforementioned pleadings.

Dated this 15th day of September, 2015.

| | |
|---|---|
| */s/ James A. Oronoz*<br>JAMES A. ORONOZ, ESQ.<br>Nevada Bar No. 6769<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>*Attorney for Tyrone Davis* | */s/ Lisa C. Cartier Giroux*<br>LISA C. CARTIER GIROUX<br>Assistant United States Attorney |

## ORDER

**IT IS HEREBY ORDERED** that the Defendant, TYRONE DAVIS, shall have to and including September 25, 2015, within which to file his replies to Documents #154 and #155.

DATED September 16, 2015.

_____
UNITED STATES DISTRICT JUDGE