UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>TYRONE DAVIS,<br><br>                              Defendant. | Case No. 2:12-cr-00289-JCM-PAL<br><br>ORDER<br><br>(Mot Strike – Dkt. #198) |

Before the court is Government's Motion to Strike Defendant's Pro Se Filing (Doc. #193) (Dkt. #198). The government asks the "Defendant Written Ejection for the Record Motion" ne stricken (Dkt. #193) be stricken pursuant to LR IA 10-6(a) because it was filed pro se and he is represented by counsel. No opposition to the government's motion has been filed.

In his filing Mr. Davis expresses his belief that the undersigned is personally biased against him and has inappropriately prejudged him. The filing does not ask for any relief except that the court make his "ejections known to the record in this case."

There is an official record of any court hearing at which the undersigned has presided, and any orders entered. Mr. Davis merely wants it "on the record" he believes the undersigned is personally biased against him and has prejudged him. Although I do not agree, there is no harm in allowing Mr. Davis an opportunity to preserve his belief on the record. However, as Mr. Davis has requested no other form of relief, the government need not file a response to his "ejection".

/ / /

/ / /

/ / /

1

**IT IS ORDERED** that the government's Motion to Strike Defendant's Pro Se Filing is **DENIED**.

DATED this 9th day of March, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE