# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-289 JCM (PAL) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| TYRONE DAVIS, | |
| Defendant(s). | |

Presently before the court is defendant Tyrone Davis's motion *in limine* to exclude any evidence related to alleged gang association. (ECF No. 220). The government filed a response, which indicated that it does not intend to introduce any evidence of that nature in its case-in-chief. (ECF No. 227). Because there is not a dispute between the parties at this time, the court will grant defendant's motion *in limine*.[1]

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion *in limine* (ECF No. 220) be, and the same hereby is, GRANTED.

DATED June 1, 2016.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "[I]n limine rulings are not binding on the trial judge [who] may always change his mind during the course of a trial." *Ohler v. United States*, 529 U.S. 753, 758 n.3 (2000); accord *Luce v. United States,* 469 U.S. 38, 41 (1980). (noting that in limine rulings are always subject to change, especially if the evidence unfolds in an unanticipated manner).

**James C. Mahan**
**U.S. District Judge**