IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:12-CR-289-JCM-PAL |
| Plaintiffs, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| TYRONE DAVIS, ) | |
| Defendant. ) | |

On September 14, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Kevin R. Stolworthy, counsel for defendant, requesting a transcript of the sealed hearing May 27, 2016, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Kevin R. Stolworthy.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 15th day of September 2016.

JAMES C. MAHAN
U.S. District Court Judge