1  KEVIN R. STOLWORTHY, ESQ.
   Nevada Bar No. 2798
2  CONOR P. FLYNN, ESQ.
   Nevada Bar No. 11569
3  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
4  Las Vegas, Nevada 89169
   Telephone:  702.678.5070
5  Facsimile:  702.878.9995
   kstolworthy@armstrongteasdale.com
6  cflynn@armstrongteasdale.com

7  Attorneys for Defendant Tyrone Davis

8

9
                        UNITED STATES DISTRICT COURT
10
                            DISTRICT OF NEVADA
11

12  UNITED STATES OF AMERICA,              CASE NO. 2:12-cr-00289-JCM-PAL

13              Plaintiff,
                                           **MOTION TO CONTINUE**
14        vs.                              **SUPPLEMENTAL BRIEF DEADLINE**
                                           **FOR MOTION TO WITHDRAW**
15  TYRONE DAVIS,                          **GUILTY PLEA**

16              Defendant.

17

18        Defendant Tyrone Davis ("Davis"), by and through his attorneys of record, Armstrong

19  Teasdale LLP, hereby files this Motion to Continue the Supplemental Brief Deadline for Motion To

20  Withdraw Guilty Plea.  This Motion is made and based upon the following Memorandum of Points

21  and Authorities, and all pleadings and papers on file in this action.

22                                      **I.**

23                  **MEMORANDUM OF POINTS AND AUTHORITIES**

24        On August 16, 2016, Davis filed a Motion to withdraw his guilty plea.  *See* ECF No. 264.  On

25  September 20, 2016, the Court held an evidentiary hearing on the Motion. ECF No. 274.  During the

26  hearing, the Court granted Davis' request for "an order permitting him to obtain any recorded

27  conversations between Davis and [his former attorney James Oronoz] between May 27 and June 6,

28  2016" at the Nevada Southern Detention Center in Pahrump, NV.  ECF No. 275, p. 2.  At the

                                        1

1   conclusion of the hearing, the Court granted counsel 14 days "to supplement the record and for any

2   additional briefing, unless good cause is shown why additional time is needed." ECF No. 274.

3       After the hearing, and seeking clarification as to precisely how to effectuate the Court's Order

4   in light of the Federal Rules of Criminal Procedure and Davis' indigent status, Davis moved for

5   issuance of a subpoena duces tecum for audio recordings between Davis, Mr. Oronoz, and his

6   colleague Lucas Gaffney, between May 27, 2016 and June 6, 2016. ECF No. 273. Davis attached a

7   proposed subpoena to that Motion, and requested that the audio recordings be produced to the law

8   firm of Armstrong Teasdale, LLP by 5:00 p.m. on September 28, 2016. *Id.*

9       On September 26, 2016, this Court entered an Order denying Davis' motion, noting, *inter*

10  *alia*, that Davis had already obtained leave to obtain the audio recordings, and that it was not

11  appropriate for the recordings to be produced to Armstrong Teasdale, LLP. ECF No. 275 at p. 5.

12  However, the Court's Order did require the Clerk of the Court to issue a subpoena to the Custodian of

13  Records for the Nevada Southern Detention Center to produce audio recordings on or before October

14  3, 2016 to the Clerk of the Court. *Id*. at pp. 5-6. The Order further noted that "[u]pon receipt of any

15  recordings, the Clerk of Court shall notify counsel for both parties that they are available for

16  inspection and copying." *Id*.

17      On October 3, 2016, an issued subpoena was returned by the U.S. Marshal's office with a

18  notation that "not enough time given to process prior to 9/28." ECF No. 280. A review of the

19  subpoena reveals that it appears to have been issued in the format originally requested by Davis in his

20  Motion for leave to issue a subpoena, but which format was rejected by the Court.

21      Davis is not clear as to how this subpoena was issued notwithstanding the fact that the Court

22  denied his application for issuance of a subpoena. On October 4, 2016, this Court entered an Order

23  noting that the subpoena had been issued due to a clerical error, and ordered that the subpoena be

24  reissued and that a response be provided within 7 days of service.

25  / / /

26  / / /

27  / / /

28  / / /

2

Based upon the above, this Court should find that good cause exists to extend the deadline to supplement the record and for additional briefing on the Motion to withdraw guilty plea for a period of 14 days. Davis does not have the information necessary to determine whether he needs to supplement the record with a supplemental brief.

DATED this 4th day of October, 2016.

ARMSTRONG TEASDALE LLP

By:/s/*Kevin R. Stolworthy*
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar #2798
    CONOR P. FLYNN, ESQ.
    Nevada Bar # 11569
    3770 Howard Hughes Parkway, Suite 200
    Las Vegas, Nevada 89169

    Attorney for Defendant Tyrone Davis

IT IS SO ORDERED this 5th day of October, 2016.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2016, the foregoing MOTION TO CONTINUE SUPPLEMENTAL BRIEF DEADLINE FOR MOTION TO WITHDRAW GUILTY PLEA was served on the party(ies) Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures ☒ via electronic service or ☐ by mailing a copy thereof, first class mail, postage prepaid, to:

Phillip N. Smith, Jr.
Lisa Cartier-Giroux
Assistant U.S. Attorneys
United States Attorney's Office
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6503 / Fax: (702) 388-6418
phillip.smith@usdoj.gov
lisa.cartier-giroux@usdoj.gov

Attorneys for Plaintiff

/s/ *Sheila A. Darling*
An employee of Armstrong Teasdale LLP