UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00289-JCM-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| TYRONE DAVIS, | |
| Defendant. | |

On October 12, 2016, the government filed a Motion for Disclosure of Statements No Longer Protected by the Attorney-Client Privilege (ECF No. 287) in relation to Defendant Tyrone Davis' Motions to Withdraw Guilty Plea (ECF Nos. 255, 264). Having reviewed the matter,

**IT IS ORDERED**:

1. Defendant Tyrone Davis shall file a response by **October 21, 2016**.

2. If Counsel believes portions of the hearing transcripts remain privileged and that Davis did not waive the attorney-client privilege concerning his communications with Mr. Oronoz, by testifying at the evidentiary hearing on the motion to withdraw his guilty plea, the response shall identify by page and line numbers what portions of the following transcripts counsel contends are not subject to waiver of the attorney-client privilege: May 27, 2016 *Ex Parte* Hr'g Tr. (ECF No. 271); June 6, 2016 *Ex Parte* Hr'g Tr. (ECF No. 261).

Dated this 13th day of October, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE