1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00289-JCM-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| TYRONE DAVIS | (Mot. for Disclosure – ECF No. 287) |
| Defendant. | |

12   Before the court is the Government's Motion for Disclosure of Statements No Longer

13   Protected by the Attorney-Client Privilege (EDF No. 287).  At the evidentiary hearing conducted

14   on September 20, 2016, Defendant Tyrone Davis waived the attorney-client privilege as to matters

15   that were subject of the testimony given that day regarding Davis and his former counsel, James

16   Oronoz.  The government's motion asks the court to review a prior *ex parte* hearing conducted by

17   the undersigned on May 27, 2016, and unseal any portion or portions of the proceeding no longer

18   covered by the attorney-client privilege so that the government may be privy to the statements of

19   Mr. Davis and Mr. Oronoz.

20   On October 13, 2016, the court entered an order directing Davis to file a response to the

21   government's motion identifying by "by page and line numbers what portions of the following

22   transcripts counsel contends are not subject to waiver of the attorney-client privilege: May 27,

23   2016 *Ex Parte* Hr'g Tr. (ECF No. 271); June 6, 2016 *Ex Parte* Hr'g Tr. (ECF No. 261)."  Mr.

24   Davis filed a Response (ECF No. 290), stating that he had no objection to the unsealing of the May

25   27, 2016 transcript.  The Response did not address the transcript of the June 6, 2016 *ex parte*

26   hearing conducted by the district judge, which the court identified in its Order.

27   Having received no objection, and the Defendant having put his communications with

28   counsel and the court concerning plea negotiations and the plea in issue,

1

**IT IS ORDERED** that the Motion for Disclosure of Statements No Longer Protected by the Attorney-Client Privilege (EDF No. 287) is **GRANTED** and the transcripts of the May 27, 2016 *Ex Parte* Hr'g Tr. (ECF No. 271); June 6, 2016 *Ex Parte* Hr'g Tr. (ECF No. 261) are **UNSEALED.**

DATED this 10th day of November, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE