UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>    v.<br><br>TYRONE DAVIS<br><br>    Defendant-Appellant. | Case No. 2:12-cr-00289-JCM-VCF<br><br><br>ORDER |

Presently before the court is the matter of *USA v. Tyrone Davis,* Case No. 2:12-cr-00289-JCM-VCF.  On June 6, 2022, the Ninth Circuit Court of Appeals remanded the case for resentencing, which has been scheduled for August 5, 2022.

Defendant Davis's current counsel, Mr. G. Michael Tanaka, was appointed to represent Davis for the limited purpose of appeal.  (*See* ECF No. 350) (appellate counsel appointed to "represent Tyrone Davis for the limited purpose of determining whether, under *Rehaif v. United States*, 139 S. Ct. 2191 (2019) and/or *United States v. Davis*, 139 S. Ct. 2319 (2019), Davis qualifies for relief under 28 U.S.C. § 2255 or 28 U.S.C. § 2241, and to present for adjudication any petitions, motions, or applications relating thereto that counsel deems appropriate).

Accordingly,

IT IS HEREBY ORDERED that the CJA Administrator shall arrange for the prompt appointment of a CJA panel attorney to represent Davis at his re-sentencing.  Mr. Tanaka shall turn over his files to CJA counsel upon notification that counsel has been appointed.

DATED July 8, 2022.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE