YI LIN ZHENG, ESQ.
Nevada Bar No. 10811
VEGAS GOLDEN LAW
2801 S Valley View Blvd, Ste 16
Las Vegas, NV 89102
Phone (702) 385-7170
Email: vegasgoldenlaw@gmail.com
Attorney for Defendant- Tyrone Davis

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TYRONE DAVIS,<br><br>        Defendant. | Case No. 2:12-cr-00289-JCM-VCF<br><br>**STIPULATION TO CONTINUE RESENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Lisa Cartier-Giroux, Assistant United States Attorney, counsel for the United States of America, and Yi Lin Zheng, counsel for Tyrone Davis, that the resentencing hearing currently scheduled for August 5, 2022 be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for resentencing. U.S. Probation will need to recalculate Mr. Davis's guideline range, the parties will need time to review the revised PSR, and formulate appropriate sentencing arguments.

2. The government informed undersigned counsel that Mr. Davis is still in transit to this district. Once Mr. Davis arrives, undersigned counsel will need time to meet with Mr. Davis and prepare him for resentencing.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the first stipulation to continue filed herein.

DATED: July 20, 2022.

JASON FRIERSON
United States Attorney

By: /s/ Yi Lin Zheng           .
Yi Lin Zheng
Counsel for Tyrone Davis

By: /s/ Lisa Cartier-Giroux           .
Lisa Cartier-Giroux
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYRONE DAVIS , <br><br> Defendant. | Case No. 2:12-cr-00289-JCM-VCF <br><br> <u>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER</u> |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to prepare for resentencing. U.S. Probation will need to recalculate Mr. Davis's guideline range, the parties will need time to review the revised PSR, and formulate appropriate sentencing arguments.

2. The government informed undersigned counsel that Mr. Davis is still in transit to this district. Once Mr. Davis arrives, undersigned counsel will need time to meet with Mr. Davis and prepare him for resentencing.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence

pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the resentencing hearing scheduled for August 5, 2022 at 11:00 AM is vacated and continued to **September 14, 2022, at 10:00 a.m.**

DATED: July 22, 2022

_____
UNITED STATES DISTRICT JUDGE