UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00289-JCM-VCF |
| Plaintiff-Appellee, | |
| v. | ORDER |
| TYRONE DAVIS | |
| Defendant-Appellant. | |

Presently before the court is defendant Tyrone Davis's motion for appointment of counsel and motion to seal financial affidavit. (ECF Nos. 373, 374)). Defendant requests that the court appoint CJA attorney Andrew Wong as his counsel to assist him in requesting early termination of supervised release. (ECF No. 373, at 1). Defendant also asks that his financial affidavit, filed in support of his appointment motion, remain under seal as it contains sensitive personal information. (ECF No. 374, at 1).

After reviewing the defendant's motion and financial affidavit, the court finds that the defendant meets both the financial and subject-matter eligibility requirements for appointment of CJA counsel. The court therefore GRANTS the defendant's motion for appointment of CJA counsel with a *nunc pro tunc* date of February 1, 2024. (ECF No. 373).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1. The court also finds that compelling reasons exist to GRANT the defendant's motion to seal his financial affidavit as it contains sensitive information. (ECF No. 374). The need to keep the information in the affidavit sealed outweighs the public's interest in disclosure and access to court records. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006) (explaining that courts must balance the competing interests "of the public and the party who seeks to keep certain judicial records secret"). The clerk is INSTRUCTED to maintain ECF No. 374 under seal.

IT IS SO ORDERED.
DATED February 16, 2024.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE